Amy L. Goldman, Chapter 7 Trustee
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Marisol.Jaramillo@lewisbrisbois.com
Telephone: (213) 250-1800

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re:                                    §
LA Kitchen City Inc.                      §    Case No. 1:16-bk-13402-MT
                                          §
              Debtor(s)                   §
                                          §
                                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Amy L. Goldman, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,500.00<br>(Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $3,145.62 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: $4,813.10 | |

   3) Total gross receipts of $9,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,041.28 (see **Exhibit 2**), yielded net receipts of $7,958.72 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $4,813.10 | $4,813.10 | $4,813.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $934.64 | $934.64 | $934.64 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $135,387.31 | $2,176.07 | $2,176.07 | $2,210.98 |
| **TOTAL DISBURSEMENTS** | $135,387.31 | $7,923.81 | $7,923.81 | $7,958.72 |

4) This case was originally filed under chapter 7 on 11/30/2016. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 09/17/2018    By : /s/ Amy L. Goldman
    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Kitchen Cabinets | 1149-000 | $3,600.00 |
| Unauthorized Post Petition Transfers | 1241-000 | $5,400.00 |
| **TOTAL GROSS RECEIPTS** | | $9,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| LA Kitchen City Inc. | | 8200-002 | $1,041.28 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $1,041.28 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| | **TOTAL SECURED** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCHISE TAX BOARD | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Amy L. Goldman, Chapter 7 Trustee | 2100-000 | NA | $1,545.87 | $1,545.87 | $1,545.87 |
| SLBiggs, A Division of SingerLewak | 3410-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Amy L. Goldman, Chapter 7 Trustee | 2200-000 | NA | $11.36 | $11.36 | $11.36 |
| International Sureties, LTD | 2300-000 | NA | $5.87 | $5.87 | $5.87 |
| Texas Capital Bank | 2600-000 | NA | $150.00 | $150.00 | $150.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,013.10 | $4,013.10 | $4,013.10 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001A | FRANCHISE TAX BOARD | 5800-000 | NA | $934.64 | $934.64 | $934.64 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $934.64 | $934.64 | $934.64 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00003 | Pac-Van Inc | 7100-000 | $10,128.35 | $1,734.92 | $1,734.92 | $1,734.92 |
| 00003 | Pac-Van Inc | 7990-000 | $0.00 | NA | NA | $19.47 |
| 00001B | FRANCHISE TAX BOARD | 7100-000 | NA | $441.15 | $441.15 | $441.15 |
| 00001B | FRANCHISE TAX BOARD | 7990-000 | NA | NA | NA | $4.95 |
| 00001A | FRANCHISE TAX BOARD | 7990-000 | NA | NA | NA | $10.49 |
|  | Law Office of Thomas Nowland |  | $7,000.00 | NA | NA | $0.00 |
|  | Mercury Insurance Group |  | $118,258.96 | NA | NA | $0.00 |
|  | Nery Santos Matute |  | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $135,387.31 | $2,176.07 | $2,176.07 | $2,210.98 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-13402 | Judge: | Maureen A. Tighe | Trustee Name: | Amy L. Goldman |
|---|---|---|---|---|---|
| Case Name: | LA Kitchen City Inc. | | | Date Filed (f) or Converted (c): | 11/30/2016 (f) |
| | | | | 341(a) Meeting Date: | 12/29/2016 |
| For Period Ending: | 09/17/2018 | | | Claims Bar Date: | 06/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Wells Fargo Bank Checking<br>THIS ASSET HAS NO VALUE TO THE ESTATE AND WILL BE ABANDONED AT CLOSING | 500.00 | 0.00 | | 0.00 | FA |
| 2. Kitchen Cabinets<br>ENTERED INTO A SETTLEMENT AGREEMENT - ASSETS #3 & #5 | 3,000.00 | 5,000.00 | | 3,600.00 | FA |
| 3. Office Equipment/Furniture<br>THIS ASSET HAS NO VALUE TO THE ESTATE AND WILL BE ABANDONED AT CLOSING | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. 1994 Ford Cargo Line<br>THIS ASSET HAS NO VALUE TO THE ESTATE AND WILL BE ABANDONED AT CLOSING | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Unauthorized Post Petition Transfers (u)<br>ENTERED INTO A SETTLEMENT AGREEMENT - ASSETS #3 & #5 | 0.00 | 8,000.00 | | 5,400.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 5,500.00 | 13,000.00 | | 9,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

GENERAL:
This Case Commenced as a Voluntary Chapter 7 on November 30, 2016 and Amy Goldman was appointed the Chapter 7 Trustee thereafter. The first 341 (a) Meeting was set for December 29, 2016 and was concluded on June 21, 2017.

Among the potential assets were unauthorized post-petition transfers totaling $8,000 by the Debtor's principal, Mr. Abuiysa [Asset 5]. Also, based upon the Debtor's Schedule B, there appears to be $5,000 of value in some partially completed kitchen cabinets [Asset 2]. The Trustee contends that there is a gross value of approximately $13,000 in these two assets.

BAR DATES:

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-13402 | Judge: | Maureen A. Tighe | Trustee Name: | Amy L. Goldman |
|---|---|---|---|---|---|
| Case Name: | LA Kitchen City Inc. | | | Date Filed (f) or Converted (c): | 11/30/2016 (f) |
| | | | | 341(a) Meeting Date: | 12/29/2016 |
| For Period Ending: | 09/17/2018 | | | Claims Bar Date: | 06/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Deadline for filing claims is June 19, 2017

PROFESSIONAL:
The Trustee employed SLBiggs as Accountant. The Order approving the employment including fees not to exceed $1,500 to be paid, was entered on March 12, 2018.

CLAIMS:
Claims have been reviewed and no objections are necessary.
Claim #1 has a priority claim of $934.64 and an unsecured claim of $441.15. These Claims were split to #1A and #1B respectively in order to properly pay them.

TAXES:
Forms 1 & 2 sent to accountant to prepare final estate tax returns, which are required.

The estate tax returns have been prepared and the estate owes the Franchise Tax Board $800 for year 2018. This will be paid at the time of the final distributions.

ADMIN STATUS:
The first 341 (a) Meeting was set for December 29, 2016. A Report of No Distribution was inadvertently filed and subsequently withdrawn. The Trustee investigated as to the value of the cabinets [Asset 1] and post petition transfers from bank account [Asset 5]. Negotiations began and an agreement was reached, pending court order, to settle for $9,000 to resolve the dispute regarding the disposition of the post-petition transfers and the value of the cabinets. The parties agreed to installment payments of $1,000 a month.

The court approved the compromise by order dated June 14, 2017. All monthly installment payments have been received. The proceeds were prorated according the value of the assets and allocated as such. Forms 1 and 2 has been reviewed by an accountant who determined the Franchise Tax Board is owed $800 for year 2018. This will be paid at the time of the final distributions. Now closing the case.

INSURANCE:
Not required.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-13402 | Judge: | Maureen A. Tighe | Trustee Name: | Amy L. Goldman |
| Case Name: | LA Kitchen City Inc. | | | Date Filed (f) or Converted (c): | 11/30/2016 (f) |
| | | | | 341(a) Meeting Date: | 12/29/2016 |
| For Period Ending: | 09/17/2018 | | | Claims Bar Date: | 06/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2018   **Current Projected Date of Final Report(TFR) :** 12/31/2018

**Trustee's Signature**    /s/Amy L. Goldman    **Date:** 09/17/2018
Amy L. Goldman
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Phone : (213) 250-1800

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-13402 | Trustee Name: | Amy L. Goldman |
| Case Name: | LA Kitchen City Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******2176 Checking Account |
| Taxpayer ID No: | **-***4464 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/17/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |


| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/17/2017 | [2] | LA Kitchen City, Inc. CASHIER'S CHECK | Good faith deposit for Settlement Agreement | 1149-000 | 1,000.00 | | 1,000.00 |
| 06/05/2017 | [2] | LA Kitchen City, Inc. CASHIER'S CHECK | Good faith installment payment per pending court approval Settlement Agreement | 1149-000 | 1,000.00 | | 2,000.00 |
| 07/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 1,985.00 |
| 08/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 1,970.00 |
| 09/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 1,955.00 |
| 09/08/2017 | [2] | LA KITCHEN CITY CASHIER'S CHECK | PER SETTLEMENT AGREEMENT | 1149-000 | 1,000.00 | | 2,955.00 |
| 09/18/2017 | | LA KITCHEN CITY CASHIER'S CHECK | PER SETTLEMENT AGREEEMENT | | 1,000.00 | | 3,955.00 |
| | [2] | | | 1149-000 | 600.00 | | |
| | [5] | | | 1241-000 | 400.00 | | |

|  |  |  | Page Subtotals | | 4,000.00 | 45.00 | |

| Case No: | 16-13402 | Trustee Name: | Amy L. Goldman |
| Case Name: | LA Kitchen City Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******2176 Checking Account |
| Taxpayer ID No: | **-***4464 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/17/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,940.00 |
| 10/26/2017 | [5] | LA KITCHEN CITY INC. | PER SETTLEMENT AGREEMENT | 1241-000 | 1,000.00 | | 4,940.00 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 4,925.00 |
| 11/20/2017 | [5] | LA KITCHEN CITY INC. | PER SETTLEMENT AGREEMENT | 1241-000 | 1,000.00 | | 5,925.00 |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 5,910.00 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 5,895.00 |
| 01/09/2018 | [5] | LA KITCHEN CITY INC. | PER SETTLEMENT AGREEMENT | 1241-000 | 2,000.00 | | 7,895.00 |
| | | | | Page Subtotals | 4,000.00 | 60.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-13402 | Trustee Name: Amy L. Goldman |
| Case Name: LA Kitchen City Inc. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******2176 Checking Account |
| Taxpayer ID No: **-***4464 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 9/17/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/05/2018 | 51001 | International Sureties, LTD<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | LBR 2016-2(b)(1) Bond Premium | 2300-000 | | 5.14 | 7,889.86 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 7,874.86 |
| 02/09/2018 | [5] | LA KITCHEN CITY INC | PER SETTLEMENT AGREEMENT | 1241-000 | 1,000.00 | | 8,874.86 |
| 03/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 8,859.86 |
| 04/03/2018 | 51002 | International Sureties, LTD<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | LBR 2016-2(b)(1) Bond Premium | 2300-000 | | 0.73 | 8,859.13 |
| 04/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 8,844.13 |
| | | | | Page Subtotals | 1,000.00 | 50.87 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-13402 | Trustee Name: Amy L. Goldman |
| Case Name: LA Kitchen City Inc. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******2176 Checking Account |
| Taxpayer ID No: **-***4464 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 9/17/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |


| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 06/25/2018 | 51003 | Amy L. Goldman, Chapter 7 Trustee<br>633 W. 5th Street, Suite 4000<br>Los Angeles, CA 90071 | PER ORDER DATED 6/22/18 - TRUSTEE FEES | 2100-000 | | 1,545.87 | 7,298.26 |
| 06/25/2018 | 51004 | Amy L. Goldman, Chapter 7 Trustee<br>633 W. 5th Street, Suite 4000<br>Los Angeles, CA 90071 | PER ORDER DATED 6/22/18 - TRUSTEE EXPENSES | 2200-000 | | 11.36 | 7,286.90 |
| 06/25/2018 | 51005 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION, MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | PER ORDER DATED 6/22/18 - 2017 | 2820-000 | | 800.00 | 6,486.90 |
| 06/25/2018 | 51006 | SLBiggs, A Division of SingerLewak<br>10960 Wilshire Blvd., 7th Floor<br>Los Angeles, 90024 | PER ORDER DATED 6/22/18 - ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 1,500.00 | 4,986.90 |
| 06/25/2018 | 51007 | FRANCHISE TAX BOARD | PER ORDER DATED 6/22/18 - 2018 | 2820-000 | | 800.00 | 4,186.90 |
| 06/25/2018 | 51008 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO Box 2952<br>Sacramento, CA 95812 | PER ORDER DATED 6/22/18 - 2015 & 2016 - PRIORITY<br>Disb of 101.12% to Claim #00001A | | | 945.13 | 3,241.77 |
| | | | | (934.64) | 5800-000 | | |
| | | | | (10.49) | 7990-000 | | |
| | | | Page Subtotals | | 0.00 | 5,602.36 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 5

| Case No: | 16-13402 | Trustee Name: | Amy L. Goldman |
| --- | --- | --- | --- |
| Case Name: | LA Kitchen City Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******2176 Checking Account |
| Taxpayer ID No: | **-***4464 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/17/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | Account/ CD Balance($) |
| | | | | | Deposits($) | Disbursements($) |
| 06/25/2018 | 51009 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO Box 2952 Sacramento, CA 95812 | PER ORDER DATED 6/22/18 - 2015 & 2016 - GENERAL UNSECURED Disb of 101.12% to Claim #00001B | | | 446.10 | 2,795.67 |
| | | | (441.15) | 7100-000 | | | |
| | | | (4.95) | 7990-000 | | | |
| 06/25/2018 | 51010 | Pac-Van Inc 9155 Harrison Park Ct Indianapolis, IN 46216 | PER ORDER DATED 6/22/18 - Disb of 101.12% to Claim #00003 | | | 1,754.39 | 1,041.28 |
| | | | (1,734.92) | 7100-000 | | | |
| | | | (19.47) | 7990-000 | | | |
| 06/25/2018 | 51011 | LA Kitchen City Inc. 16933 SATICOY ST VAN NUYS, CA 91406-2128 | PER ORDER DATED 6/22/18 - Disb of 100.00% to Claim #9999 Debtor Refund | 8200-002 | | 1,041.28 | 0.00 |

|  |  |  |
| --- | --- | --- |
| Page Subtotals | 0.00 | 3,241.77 |
| **COLUMN TOTALS** | 9,000.00 | 9,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 9,000.00 | 9,000.00 |
| Less: Payments to Debtors | | 1,041.28 |
| **Net** | 9,000.00 | 7,958.72 |

FORM 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 16-13402 | Trustee Name: | Amy L. Goldman |
| Case Name: LA Kitchen City Inc. | Bank Name: | Texas Capital Bank |
| | Account Number/CD#: | ******2176 Checking Account |
| Taxpayer ID No: **-***4464 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: 9/17/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | | | |
|---|---|---|---|---|---|
| | All Accounts Gross Receipts: | 9,000.00 | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| | All Accounts Gross Disbursements: | 9,000.00 | ******2176 Checking Account | 9,000.00 | 7,958.72 | |
| | All Accounts Net: | 0.00 | **Net Totals** | 9,000.00 | 7,958.72 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 13)                                                                                                                  **Exhibit 9**